225 F.2d 481
 WILSON-KEITH & COMPANY, a corporation, et al.
v.
AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY et al.
 No. 15409.
 United States Court of Appeals Eighth Circuit.
 August 15, 1955.
 
 1
 Appeal from United States District Court, Eastern District of Missouri.
 
 
 2
 Adolph K. Schwartz and Joseph Badaracco, St. Louis, Mo., for appellants.
 
 
 3
 Donald N. Clausen, Clausen, Hirsh & Miller, Chicago, Ill., and Karl P. Spencer, St. Louis, Mo., for appellees.
 
 
 4
 Motion of appellees to docket and dismiss appeal granted, and appeal from District Court docketed and dismissed at costs of appellants.